FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 14, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JAMES D. CANNON,<br><br>　　　　　Defendant. | No. 2:19-CR-00093-RMP-1<br><br>ORDER GRANTING MOTION TO QUASH ARREST WARRANT<br><br>**MOTION GRANTED**<br>　(ECF No. 13)<br><br>**CLERK'S ACTION REQUIRED** |

Before the Court is United States' motion to quash arrest warrant, **ECF No. 13.** The United States recites in its motion that Defense counsel does not oppose this request.

An arrest warrant was issued for the Defendant on May 8, 2019, **ECF No. 4,** because his address and whereabouts were unknown. He is now at Airway Heights Correction Center. After reviewing records and files, and these circumstances, the Court is fully informed and hereby grants the motion.

**IT IS ORDERED** United States' motion, **ECF No. 13,** is **GRANTED.** The Clerk of Court shall quash the arrest warrant.

**IT IS SO ORDERED.**

DATED May 14, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1